# ROSE M. WEBER
### ATTORNEY AT LAW
30 VESEY STREET ● SUITE 1801
NEW YORK, NEW YORK 10007

(212) 748-3355

December 21, 2018

**BY ECF**
Honorable Sandra J. Feuerstein
United States District Judge
100 Federal Plaza
Central Islip, NY 11722-9014

Re:    *William Hernandez v. County of Nassau, et al.*, 17 CV 1646 (SJF) (ARL)

Your Honor:

Plaintiff in the above-referenced matter writes in response to the Court's electronic Order of earlier today.  While plaintiff of course appreciates the extra two weeks of discovery, as I noted in my earlier letter, I will be out of the country for almost that entire period, returning to the office of January 9th.  I will work diligently during the four working days remaining,[1] but much of what I have to do (such as arranging for depositions and gathering medical records) hinges on my ability to contact others.  I am very much concerned that no substantial progress is possible before the status conference that the Court has scheduled.  Even one additional week would make a very large difference, I suspect.

In regard to the conference itself, if there is any possible way for me to appear by telephone, that would be wonderful.  I am not exaggerating when I say that it takes me three hours each way to get to the Central Islip courthouse.  That full day in transit could be far better spent working on this matter.

Accordingly, plaintiff respectfully requests that the status conference currently set for January 15, 2019 be adjourned until the following week, and that if at all possible, his counsel be permitted to appear by telephone.

---

[1] Although I have an additional two working days next week (I leave the country on Friday), I cannot imagine that I will be able to reach anyone or accomplish much of anything during a week that so many people consider a vacation week.

Thank you for your consideration of these requests.

Respectfully,

/s

Rose M. Weber (RW 0515)

cc:      Ralph Reissman, Esq. (by ECF)