# CIVIL CAUSE FOR PRETRIAL CONFERENCE

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 28 2019 ★

**BEFORE: JUDGE FEUERSTEIN**

LONG ISLAND OFFICE

DATE: January 28, 2019          TIME: 11:15 am (30 min)

CASE NUMBER:   2:17-cv-01646-SJF-ARL

CASE TITLE:    Hernandez v. County of Nassau, et al

PLTFFS ATTY:   Rose Weber
               _X_ present          ___ not present

DEFTS ATTY:    Ralph Reissman
               _x_ present          ___ not present

COURT REPORTER: _____   COURTROOM DEPUTY: Jim Toritto

OTHER: _____

_X_  CASE CALLED.

___  ARGUMENT HEARD / CONT'D TO _____.

___  DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER: All discovery shall be completed by 5/28/2019. A pretrial conference is scheduled before Judge Feuerstein on 6/25/2019 at 11:15 am.