| | | |
|---|---|---|
| **LAURA CURRAN**<br>County Executive |  | **JARED KASSCHAU**<br>County Attorney<br><br>**RALPH J. REISSMAN**<br>Deputy County Attorney |

**OFFICE OF THE COUNTY ATTORNEY**
One West Street, Mineola, New York 11501
Phone (516) 571-3046  Fax  (516) 571-3058

July 19, 2019

Rose Weber, Esq.
525 Neptune Avenue – Apt. 11D
Brooklyn, NY 11224

      Re:  *William Hernandez v. County of Nassau*
        17-CV-01646 (SJF)(ARL)

Dear Ms. Weber:

  Please find enclosed the following documents:

1. Notice of Motion for Summary Judgment, Declaration and Exhibits "A" through "Q."

2. Defendants' Local Rule 56.1 Statement of Undisputed Material Facts.

3. Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

            Very truly yours,

            /s/ Ralph J. Reissman
            RALPH J. REISSMAN
            Deputy County Attorney

Encls.
cc: Letter only filed on ECF