# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

March 2, 2022

**BY ECF**
Honorable Margo K. Brodie
United States District Judge
225 Cadman Plaza E.
Brooklyn, NY 11201

      Re:    *William Hernandez v. County of Nassau, et al.*, 17 CV 1646 (MKB) (ARL)

Your Honor:

      Plaintiff in the above-referenced matter writes about what he believes to be an administrative matter. In its Memorandum and Order dated February 20, 2022, the Court (having dismissed plaintiff's *Monell* claim) dismissed the County of Nassau from this action and ordered that it be terminated as a party. As a matter of law, however, the County remains a defendant on the basis of *respondeat superior*. Plaintiff therefore respectfully requests that the Court administratively reinstate the County as a defendant.

      Virtually every court that has considered the issue has stated unequivocally that if a municipality is a defendant (even if based only upon *respondeat superior*) then it goes without saying that the name of the municipality must be on all documents. *See, e.g., Adams v. City of New York*,[1] 993 F. Supp. 2d 306, 329 (E.D.N.Y. 2014) ("Defendants' argument is flatly rejected. Where, as here, the City of New York is a Defendant in the case, the City of New York will be listed on all documents and will be identified to the jury."); *Joseph v. Deluna*, No. 15-CV-5602, 2018 WL 5095668, at *3 (S.D.N.Y. Oct. 19, 2018) ("The motion to remove the City from the caption is DENIED because the City is a defendant in this action.").

      Defendants, having considered plaintiff's position, take no position in this matter and respectfully leave determination of the issue to the Court.

---

[1] *Adams* was, as I am sure Your Honor is well aware, decided by this very Court, which is one reason that plaintiff believes this to be simply an administrative correction.

-2-

        Accordingly, plaintiff respectfully requests that the Court administratively restore the County as a defendant.

        Thank you for your consideration of this request.

                                            Respectfully,

                                            /s

                                            Rose M. Weber (RW 0515)

cc:     Ralph Reissman, Esq. (by ECF)