# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

September 22, 2022

**BY ECF**
Honorable Arlene R. Lindsay
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722-9014

    Re:    *William Hernandez v. County of Nassau, et al.*, 17 CV 1646 (MKB) (ARL)

Your Honor:

    The parties write jointly to request respectfully that the Court hold a settlement conference in the above-referenced matter. We have been engaging in settlement discussions on our own and have made a certain amount of progress, but we are currently stalled. The parties believe that court intervention at this point would, at the very least, get the talks moving again, and perhaps might even enable us to bridge the gap.

    Thank you for your consideration of this request.

    Respectfully,

    /s

    Rose M. Weber (RW 0515)

cc:    Ralph Reissman, Esq. (by ECF)