# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

March 1, 2023

**BY ECF**
Honorable Margo K. Brodie
United States District Judge
225 Cadman Plaza E.
Brooklyn, NY 11201

  Re: *William Hernandez v. County of Nassau, et al.*, 17 CV 1646 (MKB) (ARL)

Your Honor:

  Discovery having been completed in the above-referenced matter and the parties having been unsuccessful in reaching a settlement, plaintiff now writes to request respectfully that the Court set the earliest possible[1] trial date. Defendants take no position on this request.

  Thank you for your consideration of this request.

        Respectfully,

        /s

        Rose M. Weber (RW 0515)

cc: Ralph Reissman, Esq. (by ECF)

---

[1] This matter has been pending for just a hair short of six years and the events in question took place a bit over seven years ago.